# ADAMS & COMMISSIONG LLP

### ATTORNEYS AT LAW

65 BROADWAY SUITE 715
NEW YORK, NY 10006
TEL: 212-430-6590
FAX: 212-981-3305

MARTIN E. ADAMS
KARLOFF C. COMMISSIONG
ADMITTED TO PRACTICE IN NEW YORK
WWW.AMCMLAW.COM

February 8, 2017

**VIA ECF**

Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   <u>Byrd v. The City of New York :16CV00650</u> Notice of Settlement

Your Honor:

I represent the plaintiff in this matter. The parties respectfully write to advise the Court that the parties have, in principle, reached an agreement to settle this action. Accordingly, we anticipate filing a Stipulation and Order of Dismissal in short order.  In light of this settlement, the parties respectfully request that all upcoming conferences and deadlines be adjourned *sine die*.

Respectfully submitted,

Martin E. Adams, Esq.

cc: Deborah Mbabazi. (VIA ECF)