

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Deborah L. Mbabazi
*Assistant Corporation Counsel*
(212) 356-2404
(212) 356-1148 (fax)
dmbabazi@law.nyc.gov

May 31, 2017

**VIA ECF**
Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>       Re: Elvis Byrd v. City of New York, et al., 16-CV-650 (JBW)(VMS)

Your Honor:

       As counsel for defendant in the above-referenced action, I enclose a fully-executed STIPULATION OF CONFIDENTIALITY AND PROTECTIVE ORDER to be so ordered by Your Honor. On behalf of both parties, I respectfully request that Your Honor endorse the enclosed STIPULATION.

       We thank the Court for its time and attention to this request.

>       Respectfully submitted,
>
>       /s/
>       Deborah L. Mbabazi
>       Assistant Corporation Counsel
>       Special Federal Litigation Division

Encl.

cc:    Honorable Vera M. Scanlon (Via ECF)
       United States Magistrate Judge

       Martin E. Adams, Esq. (Via ECF)
       *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

ELVIS BYRD,

                                             Plaintiff,

                    -against-

THE CITY OF NEW YORK; NYPD P.O. BARREIRO TAX
ID NO. 950050; NYPD SGT DICECCO, TAX ID NO 903799;
NYPD P.O. TABORA, TAX ID NO. 943856 and JOHN/JANE
DOES #1-10; the individual defendant(s) sued individually and
in their official capacities,

                                             Defendants.
---------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

16 CV 00650 (JBW) (VMS)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
      May 23 , 2017

| | |
|---|---|
| ADAMS & COMMISSIONG, LLP<br>*Attorneys for Plaintiff*<br>65 Broadway, Suite 715<br>New York, NY 10006<br>212-430-6590 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City of New York,*<br>  *Barreiro, Dicecco, and Tabora*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: /s/ Martin E Adams<br>Martin E Adams<br>*Attorney for Plaintiff* | By: /s/ Deborah Mbabazi<br>Deborah Mbabazi<br>*Paralegal* |

SO ORDERED:

_____
HON. JACK B. WEINSTEIN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2017